CORBETT, Respondent, v. CONSUMERS' PARK BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Patrick J. Corbett against the Consumers' Park Brewing Company. No opinion. Judgment unanimously affirmed, with costs.

CORNEILLE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Rufus K. Corneille against Clinton H. Smith. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

CORNWALL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September, 1906.) Action by Byron Edward Cornwall against the New York Central & Hudson River Railroad Company.

PER CURIAM. Order reversed, and motion granted, with costs to the appellant to abide event, unless the plaintiff stipulates to reduce the verdict to the sum of $5,500 as of the date of the rendition thereof and correct the judgment accordingly, in which event the order is affirmed, without costs of this appeal to either party.

CORTLAND SAVINGS BANK, Respondent, v. LIGHTHALL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 8, 1907.) Action by the Cortland Savings Bank against Frederick S. Lighthall and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re COZINE. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) In the matter of the judicial settlement of the account of James J. Cozine, as administrator, etc., of Cornelius Cozine, deceased.

PER CURIAM. Report of referee confirmed, and decree of the Surrogate's Court of Kings county modified, by disallowing the claims of $1,-300 and $1,450, respectively, and, as modified, affirmed, with costs to the appellant payable out of the estate. See 98 N. Y. Supp. 1041.

CRAGG, Respondent, v. COLBY, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Samuel H. Cragg against Charles H. Colby. No opinion. Judgment of the Municipal Court affirmed, with costs.

CRAMPTON, Respondent, v. MILLER et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by William Crampton against Abraham Miller and others. No opinion. Judgment affirmed, with costs.

CREMO LIGHT CO. v. PARKER. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Action by the Cremo Light Company against Frank M. Parker, as attorney, etc. No opinion. Motion denied. Order filed.

CROMPTON v. DOBBS et al. (Supreme Court, Appellate Division, First Department. April 12, 1907.) Action by William Crompton against Charles G. Dobbs and another. No opinion. Motion denied, with $10 costs. Order filed.

CROSSMAN v. F. E. CONLEY STONE CO. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) In the matter of the application of Clarence M. Crossman against the F. E. Conley Stone Company, etc. No opinion. Order affirmed, with costs.

CROUNSE, Respondent, v. CROUNSE, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Action by Arthur Smith Crounse against Anna Crounse. No opinion. Interlocutory judgment unanimously affirmed, without costs.

CUMMINGS et al., Respondents, v. BAILEY, et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Action by Michael J. Cummings and others against Edwin Bailey, Jr., and others. No opinion. Motion for preference denied.

CUNNINGHAM, Respondent, v. DADY et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Action by Michael Cunningham against Michael J. Dady and others. No opinion. Motion for leave to appeal to the Court of Appeals denied.

In re DALY. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) In the matter of the application and petition of Michael T. Daly, etc. (Lake Gleneida). No opinion. Order signed.

DANIEL, Appellant, v. MANHATTAN LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Walter T. Daniel against the Manhattan Life Insurance Company. No opinion. Motion denied, with $10 costs.

DAYTON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Warren Dayton, Jr., against the Brooklyn Heights Railroad Company. No opinion. Motion for stay granted.

DE UGARTE, Respondent, v. STRAUS et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Josephine De Ugarte against Isidor Straus and another. No opinion. Judgment and order unanimously affirmed, with costs.

DEWSNAP v. MATTHEWS et al. (Supreme Court, Appellate Division, First Depart-